DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY CAMERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2357

[October 24, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 99-016979CF10A.

Gregory Cameron, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY, and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***